THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HYMAN KRONICK, alias KENNETH MEYER, alias JAMES RAWLINS, alias KENNETH LEY, alias KENNETH HUNDING, alias KENNETH HUNDRED, alias WOLCOTT WRIGHT, Appellant.— Proceeding to vacate a judgment of the County Court, Westchester County, sentencing appellant as a fourth felony offender under section 1942 of

the Penal Law. The application is on the ground that two prior crimes committed in the States of Maryland and Delaware would not have amounted to felonies if committed in New York. Order denying the application affirmed. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ., concur.